UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Kloff & Fotohek
Steven Nabatov, sound of PR3223
Orlando Cole, John Smith, Lt. Mantallino

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Harris Kurdi, D. Fevvre, Ron Schwartz,
Maria F. Faluso, Aprilanne Gusto, Gail Roberts
Drollette, Nephew, Sears, NYE, David Nabatov
Micheal Nabatov, Kirk Cobain, Anthony
Keidis, Richard Jania, Andrea Jania, Te477
Tomek Jania, Sandreas, Josh Saunders, Wright
Anderson, Proulx, Martinez, Acevedo, Randy Nicholson
David Fati, Micheal Schienbery, Randy Walker, T.Gunkowski
Alyssa Mack, Genovese, Madonna O'Connor, MS-13,
G. Smalls, C. Schumer, Knights of Templar & Free Masons

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☑ No
(check one)

15CV2211

I.      Parties in this complaint:  Sperms Ad4

A.      List your name, identification number, and the name and address of your current place of
        confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
        as necessary.

Plaintiff       Name  Steven Nabatov
                ID #  12A3023, 00A6989
                Current Institution  Clinton County Brooklyn Navy Yard Facility
                Address  P.O. Box 2000 Dannemora N.Y. 12929

B.      List all defendants' names, positions, places of employment, and the address where each defendant
        may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
        above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1  Name  Fauvre D.                                    Shield #
                 Where Currently Employed  ICP Bldg 23 DOCCS Clinton C.F.
                 Address  P.O. Box 2000 Dannemora N.Y. 12929

*Rev. 05/2010*                          1


RECEIVED
MAR 23 2015
PRO SE OFFICE

Defendant No. 2    Name  David Nabatov _____ Shield #_____
Where Currently Employed  Pharmacy _____
Address  Ralph Avenue & Avenue M _____
_____

Defendant No. 3    Name  Christopher Stanger _____ Shield #_____
Where Currently Employed  Pharmacy _____
Address  Ralph Avenue & Avenue M _____
_____

Defendant No. 4    Name  Mitch Manzanilla _____ Shield #_____
Where Currently Employed  Dunkin Donuts _____
Address  Flatbush Avenue & Kings Highway _____
_____

Defendant No. 5    Name  Matthew D'Emic _____ Shield #_____
Where Currently Employed  The Supreme Court Of Kings County _____
Address  320 JAY Street 15th floor PART 4 _____
_____ Brooklyn N.Y. 11201 _____

**II.    Statement of Claim:**  December 17th 1917, 1923

State as briefly as possible the ~~facts~~ of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
Kings County Hospital Prison Ward , East 82nd Street Brooklyn New York
45 Monroe Place , Brooklyn NY 11201 CHASE BANK Offices for Attorneys

B.    Where in the institution did the events giving rise to your claim(s) occur?
5810 Farragut Road APT 3A Brooklyn New York 11234 , 1999 , 1993 , 2014
Faro, Fate, Foe is D. Fauvre, NYE is CYNIK, who have been kidnapping
since 1980 at Dannemora from New York City , Frenya

C.    What date and approximate time did the events giving rise to your claim(s) occur?
1672 Ralph Avenue APT 6D , Brooklyn N.Y. , Mrs. Drake has been
stabbed and forced to stay in coercion', phone call about Mama's phone
number to Dave Nabatov in desk drawer in 1999 he said its not there

Rev. 05/2010                                         2

D.    Facts: "I Steven Nabatov placed a call to David Nabatov, Chris Stanger & Mitch Manzanilla. I found out through discovery motion, Manus, Rosemary & Slavic are dead by violent way, kidnapped, mutilated, abducted and left. Mitch Manzanilla sent me a 'W' Wu-Tang tape, I had to send back on Riker's with letter saying Mark Sutain had a car accident 2000 David Nabatov, Mitch Manzanilla & Chris Stanger, Gene Milman shot Manus on the roof, David Nabatov removed his penis with a knife as Manus was being raped by Alice Kats, Miccione & C.G. Ones 2014 Rosemary Curreni was killed by Chris Stanger use of force, deadly force and said it was accidental, 2013, cannabilized abductees since 1980 Harris, Micheal Nabatov sells cocaine from L & Y laundry near ocean Avenue and Coney Island Avenue, I witnessed David & Micheal smoking marijuana, speaking on the phone about marijuana and cocaine, marijuana delivery, escort services I told P.O. Martinez David had a gun as he showed it to me in 2006, Stone Temple Pilots conversation, kills ∞ I saw blood on the floor and a man who fits Harris's description presents himself as Kurdi, Juma, Shugen, Yukon of 500 state street, Brooklyn New York 11207 Jeffrey Schomberg of Avenue L, Brooklyn New York last seen Slavic Azbruch, Bill Braunstein of La Coca Nostra, Leon and SPADE, Alando Outlaw, Arab Area 51 studio Venom of Staten Island Mark Sutains friend, DAST and DOSK, St. Hubert "

## III.    Injuries:    Supercedes

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was mortified to believe this supercedes my community service and Community Supervision for a prior crime which I did parole duty for at 32 years of age, in America, The United States which specific special example listed above. Stephanie Kloff endured years of sexual harrassment and abuse of safety to herself and others, I was diagnosed with drug-induced psychosis in 1995 at Sunset Park Medical Center, 10th Ave, Brooklyn, New York. It is embarassing, I wrote Family Court at 330 Jay street, Brooklyn

## IV.    Exhaustion of Administrative Remedies:    Supercedes

The Prison Litigation Reform Act (⬛⬛⬛), 42 U.S.C. § 1997e(●), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____Fishkill , New York  Fishkill Correctional , Greenhaven Correctional , Stormville, NY____
____One lower Riker's Island , East Elmhurst New York  O.BCC. 1600 Hazen ,1800 Hazen Streets__

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes __✓__  No ____  Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes __✓__  No ____  Do Not Know ____

   If YES, which claim(s)?  __Absurd  2003 Greenhaven_____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____  No __✓__

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____  No __✓__

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?  __S.H.U. administrative segregation , intent to file claim, dental_____

   1.  Which claim(s) in this complaint did you grieve?  __masterbating in bathroom__
   __Tier III_____

   2.  What was the result, if any?  __loss of good time , notebook & notebook confi-__
   __scation during trip to Maray Correctional Psychiatric Center_____

   3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.  __Exhaustion up to U.S. Court of Immigrat-__
   __on analysis , Federal Register, Washington trip , Albany trip to Eagle Street__
   __J. Morgan release of custody , Jones & T. Simmons release of custody__
   __M. Sutain discovery and grievance Rick Perry, People vs. Perez against__
   __Mr. Smith C.O. and records of corrections request with medical records__

F.  If you did not file a grievance: Ron Braunstein impersonates Steven Nabatov

   1.  If there are any reasons why you did not file a grievance, state them here:  __old age__
   __and violence to my family by Police in relation to Rusrek.com,__
   __45 Monroe Place , Brooklyn NY 11201 by aliases Eve, Faluso, Gusto__
   __and Kats as well as DOCCS relationship with G. Roberts and__
   __Mrs. Drake , Psychologist Re-as Ron Braunstein killed Ming__

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: Steve Banks, Investigator Gonzale Gaya Lippman, J. David & Lt. Mantalline, Court of Abdjucation for jumping turnstile, my father came with me to say it wasn't me and paid the fine anyway, secret society steak house at 69 Lafayette 2nd floor, Society of Friends 350 JAY st.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Burglary of 1672 Ralph Avenue Apt 6D Brooklyn New York, Burglary 2nd degree of Berriben Place near 5 Georgetowne Lane, Burglary of Coney Island and Avenue Y, Burglary of Police vehicles in legal relation to Rusrek.com Arson 2nd degree of 476 Coney Island Avenue, Brooklyn New York, Arson and degree of 374 Dean Street and 125 South Oxford as well as 14 Willoughby Arson of 69 Lafayette and 82 South Elliot, location of 'FARM' to authorities for search & seizure of all property from Favre

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief: for 15 year claim at 38 years of age impossible reimbursement, cocaine

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amounts). leave of Clinton Correctional Facility to outside facility such as 'structured programming' for sixty inmates including myself in legal relation to outside program. Monetary relief of $27,000,000.00 for Bowen-Widurski, Isis Curreri, Azbruch, Jack and Alina Lipstick as well as Sutain, close all pending cases and help in acquiring jail house records and medical records for sixty inmates including myself for failure to graduate Igor and arrest and non-payment of relief for Steven Nabatov in relation to legal lack of motive to recieve payment, smooching relief for Christina Johnson for accompany to The People vs. Alfonso Williams 2011 NYC court for Steven Nabatov 'Its not a scam!', arrest of all persons in legal relation to kidnapping at an even and swift speed within a field of precision and accuracy relief for discrimination as punishment without reverse discrimination Call for testimony from Favre and Sears about Farm, where they abduct and take drugs, reimbursement for a hat, Samsung camera & projector graffitti removal services for defenders in community service as ordered by legal interpreter

VI.    Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes ✓    No ____

*Rev. 05/2010*                    5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:  Micheal Nabatov return of all property

Plaintiff  Steven Nabatov

Defendants  Chris Stanger, Mitch Manzanilla, Alice Kats, Ron Breunstein, G. Milman

2.  Court (if federal court, name the district; if state court, name the county)  Kings County The Supreme Court Of The State Of New York  320 JAY street, Brooklyn

3.  Docket or Index number  25CV076112-13

4.  Name of Judge assigned to your case  Monde

5.  Approximate date of filing lawsuit  July 2013  TR-477

6.  Is the case still pending?  Yes  ✓  No ____
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  Arrest of Christopher Stanger who broke his legs after killing Alice Kats who killed Gregory Stanger Chris's brother and the arrest of G.Milman who killed Joselyn & Marcussa

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes  ✓  No ____

On other claims

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:  Mara Nabatov return of all property

Plaintiff  D'Emic, Monde, Walker, Anderson, Harris, Blanc, C-G.Ones, Friccme

Defendants  Steven Nabatov

2.  Court (if federal court, name the district; if state court, name the county)  lower court 120 Schemerhorn street Brooklyn New York 11201

3.  Docket or Index number  TR-477

4.  Name of Judge assigned to your case  Gumkowski, Eskinozi Justice

5.  Approximate date of filing lawsuit  January 2013

6.  Is the case still pending?  Yes  ✓  No ____
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  Family Guy P'Emic CL-64032 American Sniper Syria Rabner 10 JAY street, Monde is related to Friccme, C-G.Ones and David Nieves

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20__.

Signature of Plaintiff  _____

Inmate Number  _____ *12A3023* _____

Institution Address  ___ Clindon Correctional Facility

___ P.O. Box 2000

___ Dannemora N.Y. 12929

_____

~~Note:~~  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **17** day of _**March**_____, 20**15**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

*Rev. 05/2010*                    7



JOSEPH A. D'AMICO
SUPERINTENDENT

**NEW YORK STATE POLICE**
**BUILDING 22**
**1220 WASHINGTON AVE.**
**ALBANY, N. Y.  12226-2252**

March 6, 2015

Steven Nabatov, DIN: 12A3023
Clinton Correctional Facility
PO Box 2001
Dannemora, NY 12929

Dear Mr. Nabatov:

Reference is made to your request for records, received at this office on February 27, 2015, pursuant to the requirements of Article 6 of the Public Officers Law (~~Freedom of Information~~).

Due to the volume of requests received and currently being processed by this agency, a written response will be sent to you by or before August 18, 2015.

2211 Church Avenue
Brooklyn, NY 11226

CAMBA

Peterson, M.S.W.

Sincerely,

*Debra L. Benziger*

①Lieutenant Debra L. Benziger
Records Access Officer
Central Records Bureau

DLB/am  0541-14/1585    3/15/15



CLINTON CORRECTIONAL FACILITY
P. O. BOX———— 2002
DANNEMORA, NEW YORK 12929

NAME: Steven Nabatov    DIN#: 12A3223

U.S. Courthouse
United States District Court
500 Pearl Street
New York, NY 10007

Pro-Se
JBB 3/20/15

USM P3 SDNY

Printed On Recycled Paper